IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:05CR104-15

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **SONKARLAY LORENZO MCCALL,** ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon Defendant's Motion To Sever, filed July 19, 2006.

Upon consideration of the defendant's motion, the court finds no good cause has been shown to sever the defendant.

**IT IS, THEREFORE, ORDERED** that defendant's motion to sever is hereby **DENIED**.

And this matter in respect to the defendant, Sonkarlay McCall, is set for trial at the October 23, 2006 term.

Signed: July 20, 2006

Frank D. Whitney
United States District Judge