UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR104-W |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| SONKARLEY LORENZO McCALL | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment against Sonkarley Lorenzo McCall only in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the United States Probation Office, United States Marshal Service and the United States Attorney's Office.

Signed: October 23, 2006

Frank D. Whitney
United States District Judge